**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| EFRAIN SANCHEZ, Plaintiff, vs. CITY OF CHICAGO, RICK CALLBRERO, and AS YET UNKOWN CHICAGO POLICE OFFICERS, Defendants. | FILED MAY 12, 2008   YM 08CV2735 JUDGE CASTILLO MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Efrain Sanchez

| NAME (Type or print) |
|---|
| David A. Cerda |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David A. Cerda |
| FIRM |
| Cerda Law Office |
| STREET ADDRESS |
| 333 West Wacker Drive, Suite 500 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606-1225 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6203954 | (312) 223-9890 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐