



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED
5-27-2008
MAY 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

**NAME:** David A. Cerda

**FIRM:** Cerda Law Office

**STREET ADDRESS:** 440 N. Wabash Ave., Suite 4905

**CITY/STATE/ZIP:** Chicago, Illinois 60611

**PHONE NUMBER:** (312) 223-9890

**ARDC NO. (If Member of Illinois State Bar):** 6203954

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name?  If so, please indicate on the line provided: _____

### *I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 C 6542 | Hernandez v. City of Oak Forest, Illinois et al | Gottschall |
| 07 C 5221 | Carmichael v. Village of Palatine, Illinois et al | Kendall |
| 07 C 5253 | Padilla v. City of Chicago, et al | Zagel |
| 08 C 2735 | Sanchez v. City of Chicago, et al | Castillo |
|  |  |  |

_____          5-26-08
Attorney's Signature                        Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**