IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EFRAIN SANCHEZ, | ) | |
| | ) | **No. 08 C 2735** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE DARRAH |
| | ) | |
| CITY OF CHICAGO, RICK CALLBRERO, and | ) | Magistrate Judge Cole |
| AS YET UNKNOWN CHICAGO POLICE | ) | |
| OFFICERS, | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully moves for an extension of time to July 14, 2008 to answer or otherwise plead in response to plaintiff's complaint. In support of this motion, the City states the following:

1. Plaintiff filed his Complaint on or about May 12, 2008. The City was served with plaintiffs' Complaint on May 22, 2008.

2. Undersigned counsel was assigned to this case on or about June 11, 2008, the first opportunity that undersigned counsel had to review plaintiff's Complaint.

3. Undersigned counsel is in the process of reviewing plaintiff's Complaint and gathering documents responsive to the Complaint.

4. This motion is the City's first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings but rather to allow the City to respond properly to the allegations in plaintiff's Complaint.

5.     Undersigned counsel spoke with plaintiff's attorneys, David Cerda, by telephone on June 13, 2008. Mr. Cerda said that he has no objection to the City's request for an extension of time to answer or otherwise plead.

WHEREFORE, Defendant City of Chicago respectfully requests that it be given an extension of time to July 14, 2008 to answer or otherwise plead in response to plaintiff's Complaint; and for any other relief that this Honorable Court deems proper.

          **Respectfully submitted,**

          **MARA S. GEORGES**
          **Corporation Counsel**
          **City of Chicago**

BY:   */s/ Kathleen D. Manion*
       KATHLEEN MANION
       Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 742-9866
Atty. No. 6286785