IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EFRAIN SANCHEZ, | ) | |
| | ) | **No. 08 C 2735** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE DARRAH |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   David A. Cerda
       Cerda Law Office
       121 North LaSalle St., Room 107
       Chicago, Illinois  60602

   **PLEASE TAKE NOTICE** that on this 13th day of June 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Moran, or before such other judge sitting in his place, on the 19th day of June 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

   I hereby certify that I have served this notice and the attached document  by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 13th day of June 2008.

                                                            **Respectfully submitted,**

                                                            **MARA S. GEORGES**
                                                            **Corporation Counsel**
                                                            **City of Chicago**


                                                BY:   */s/ Kathleen D. Manion*
                                                            KATHLEEN MANION

                                        Assistant Corporation Counsel

City of Chicago, Department of Law  
30 North LaSalle Street  
Suite 1020  
Chicago, Illinois  60602  
(312) 742-9866  
Atty. No. 6286785