# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 cv 2735 | **DATE** | June 16, 2008 |
| **CASE TITLE** | Sanchez v. City of Chicago | | |

**DOCKET ENTRY TEXT:**

Defendant City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead [10] is granted. Defendant City of Chicago to file reponse to Plaintiff's complaint on or before July 14, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|