UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EFRAIN SANCHEZ, | ) | |
| | ) | No. 08 C 2735 |
| Plaintiff, | ) | |
| | ) | Judge Castillo |
| vs. | ) | |
| | ) | Magistrate Judge Cole |
| CITY OF CHICAGO, et. al. | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   David A. Cerda
      Cerda Law Office
      333 West Wacker Drive , Suite 500
      Chicago, Illinois  60606-1225

**PLEASE TAKE NOTICE** that on this 14th day of July 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

**I HEREBY CERTIFY** that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 14th day of July 2008.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
for the City of Chicago

By:   */s/ Kathleen Manion*
      KATHLEEN MANION
      Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No. 6286785